### ROBERTS v. SHELBY STEEL TUBE CO. et al.

(Circuit Court of Appeals, Sixth Circuit. July 9, 1904.)

### No. 1,298.

1. MASTER AND SERVANT—INJURIES TO SERVANT—FEDERAL COURTS—JURISDICTION—CITIZENSHIP—SEPARABLE CONTROVERSY.

Where a petition in a state court in an action for injuries to a servant against the master and a servant alleged concurring acts of negligence of the master and the servant, and the servant was of the same citizenship as plaintiff, the case did not present a separable controversy between plaintiff and the master, and was not, therefore, removable to the federal court.

In Error to the Circuit Court of the United States for the Southern District of Ohio.

Charles A. Thatcher, for plaintiff in error.

Doyle & Lewis and J. W. Schaufelberger, for defendant in error.

Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

PER CURIAM. Reversed and remanded, with directions to remand to the state court. Petition charged concurring acts of negligence of master and servant, and was therefore not a removable case, as presenting a separable controversy between plaintiff and the corporation, and is therefore governed by Chesapeake & Ohio Ry. Co. v. Dixon, 179 U. S. 131, 21 Sup. Ct. 67, 45 L. Ed. 121, and Hunt v. American Bridge Co. (decided by this court at the May session) 130 Fed. 302.

¶ 1. Separable controversy as ground for removal of suit to federal court, see notes to Robbins v. Ellenbogen, 18 C. C. A. 86; Mecke v. Valleytown Mineral Co., 35 C. C. A. 155.